B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**     Case No.  **15-50741**
                                **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | $8.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking BOA | J | $901.16 |
| | | Savings BOA | J | $2,355.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | kitch furn (100), dr furn (200), lr furn (400), family room furn (300), br furn (50), patio furn (50), stove (25), refrig (100), washer, dryer (50), micro (20), tvs (100), dvd (10), ps2, Wii (20), stereo (10), computer, printer (55) riding mower (10), push mower (5), tools (100), dishes, pots, pans (50), kitch appl (30) | J | $1,675.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, cds, dvds, video games, baseball cards | J | $115.00 |
| 6. Wearing apparel. | | clothing | J | $50.00 |
| 7. Furs and jewelry. | | pearls, gold wedding bands | J | $750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Remington 870; hot tub, exer equip, iPad | J | $420.00 |
| | | 9mm, shotgun | J | $100.00 |

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**　　　　　　Case No.　**15-50741**
　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $500,000 term life insurance; no cash value; spouse is beneficary | H | $0.00 |
| | | $250,000 term life insurance; no cash value; spouse is beneficiary | W | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(K); approx $593.58; not an asset of estate | H | $0.00 |
| | | IRA | H | $135.61 |

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**  Case No. **15-50741**
              **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | W/C Properties of Lenoir, LLC - 50% ownership; jt w/ Debbie Watson - to be operated by co-owner<br><br>Assets:$134,685.00<br><br>desk, computer (35)<br>checking Community One (3750)<br>1999 Ford F150 (900)<br>4669 Celia Creek Road, Lenoir, NC (15000)<br>2414 Woodridge Ct, Lenoir, NC (10000)<br>1217 Grandview Pl, Lenoir, NC (15000)<br>1211 Grandview Pl, Lenoir, NC (15000)<br>1213 Grandview Pl, Lenoir, NC (15000)<br>1317 Lenwell St, Lenoir, NC (10000)<br>5216 Branchside Dr, Lenoir, NC (25000)<br>1215 Grandview Pl, Lenoir, NC (25000)<br><br>Liabilities:$367,257<br><br>Certus Bank (329,752)<br>BB&T (9453)<br>Capital One (2281)<br>Chase (25771 | W | $0.00 |

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**  Case No. **15-50741**
**Debtor**  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Cornerstone Columbarium, LLC; 80% ownership; jt w/ J. Drew Estes<br><br>Assets: $60,767.26<br><br>creamation equip (55000)<br>Bank of America (1234.25)<br>BB&T (261.75)<br>Community One (186.26)<br>2004 VW Beetle 2S (2000)<br>2010 Chrysler Town & Country van (2000)<br>1996 Cadillac Hearse (600)<br>1997 Cadillac Seville Limo (600)<br><br>Liabilities:$996,968.00<br><br>BB&T (91840)<br>Community One (90000)<br>BB&T CC (19901)<br>Chase CC (14477)<br>Lowes CC (385)<br>Matthews Cremation (8000)<br>Jean & Dwight Clark (95000)<br>Lamar Signing (600)<br>Foothills Radio (2160)<br>Leaf Financial (0)<br>Tireg (211,043)<br>The Right Niche (463,562)<br><br>NOTE: no longer operating | H | $0.00 |
| | | Tireg, LLC<br><br>Assets: $100,008.30<br><br>BB&T (8.30)<br>Cornerstone Bldg (100,000)<br><br>Liabilities: $171,801.00<br><br>BB&T (171,801)<br><br>Note: building to be surrendered<br>Note: not operating | J | $0.00 |

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**     Case No.    **15-50741**
                                   **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | The Right Niche<br><br>Assets: $115.04<br><br>BB&T (115.04)<br>Stock (0)<br><br>Note: 401(K) through this entity has no value<br><br>Note: not operating | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | No 2015 tax refunds expected | J | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**     Case No. **15-50741**
                             Debtor                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Toyota Tacoma; reg cab; plain, 143,000+ miles; 2 door, 2wd; KBB value listed | H | $2,177.00 |
| | | 2007 Mercedes C230; 128,000+ miles; 4 cyl, 2wd; 4 door; $8,000 repairs required; does not run; KBB value listed | H | $4,126.00 |
| | | 2013 Ford Transit XL; 7000+ miles; 4 cyl, 4 door, 2wd; KBB value listed | H | $15,288.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                 <u>6</u> continuation sheets attached     Total ▶                 $28,100.93
(Include amounts from any continuation

B 6B (Official Form 6B) (12/2007)

In re **Timothy Wayne Clark and Regina Lynn Clark,**          Case No.   **15-50741**
                  **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

sheets attached. Report total also on Summary of Schedules.)

In re **Timothy Wayne Clark and Regina Lynn Clark** ,    Case No. **15-50741**
                                    Debtor                                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2001 <br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | W | **Credit Card Charges** | | | | $10,630.00 |
| ACCOUNT NO. 9152 <br><br>**BB&T**<br>**Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847**<br>**Wilson, NC 27894** | X | W | corp debt | | | | $4,728.00 |
| ACCOUNT NO. 0001 <br><br>**BB&T**<br>**Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847**<br>**Wilson, NC 27894** | X | H | corp debt | | | | $171,801.00 |
| ACCOUNT NO. 0001 <br><br>**BB&T**<br>**Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847**<br>**Wilson, NC 27894** | X | H | corp debt | | | | $91,840.00 |

___**6**___ continuation sheets attached

Subtotal▶ $ **278,999.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark**,  Case No. **15-50741**
**Debtor** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7460 <br> BB&T <br> Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847 <br> Wilson, NC 27894 | X | H | corp debt | | | | $20,090.00 |
| ACCOUNT NO. 3598 <br> Capital One <br> P.O. Box 71083 <br> Charlotte, NC 28272 | | J | Credit Card Charges | | | | $9,914.00 |
| ACCOUNT NO. <br> Capital One <br> P.O. Box 71083 <br> Charlotte, NC 28272 | X | W | corp debt | | | | $2,281.07 |
| ACCOUNT NO. 0857 <br> Card Services <br> P.O. Box 13337 <br> Philadelphia, PA 19101 | | H | Credit Card Charges | | | | $17,456.00 |

Sheet no. **1** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **49,741.07**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark** ,  Case No. **15-50741**
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3166 **Card Services** P.O. Box 13337 Philadelphia, PA 19101 | | W | Credit Card Charges | | | | $10,888.00 |
| ACCOUNT NO. 2051 **Cardmember Serv** P.O. Box 15153 Wilmington, DE 19896 | | J | Credit Card Charges | | | | $21,185.00 |
| ACCOUNT NO. 6826 **Certus Bank** 509 Wilkesboro Blvd Lenoir, NC 28645 | X | W | corp debt | | | | $329,753.00 |
| ACCOUNT NO. 2683 **Chase** P.O. Box 15123 Wilmington, DE 19850 | | H | Credit Card Charges | | | | $18,801.00 |

Sheet no. **2** of **6** continuation sheets attached  
to Schedule of Creditors Holding Unsecured  
Nonpriority Claims

Subtotal ➤ $ **380,627.00**

Total ➤ $  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark**,      Case No. **15-50741**
          **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7302   Chase   P.O. Box 15123   Wilmington, DE 19850 | X | W | corp debt | | | | $25,775.00 |
| ACCOUNT NO. 3590   Chase   P.O. Box 15123   Wilmington, DE 19850 | X | H | Credit Card Charges | | | | $14,477.00 |
| ACCOUNT NO. 3477   Community One   P.O. Box 1328   Asheboro, NC 27204 | X | H | corp debt | | | | $90,000.00 |
| ACCOUNT NO.   Debbie Watson   312 Mulberry Street   Lenoir, NC 28645 | | W | | | | | $0.00 |

Sheet no. **3** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ **130,252.00**

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark**,          Case No. **15-50741**
           **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Foothills Radio**<br>**P.O. Box 1678**<br>**Lenoir, NC 28645** | X | H | corp debt | | | | $2,160.00 |
| ACCOUNT NO.<br><br>**J. Drew Estes**<br>**P.O. Box 983**<br>**Granite Falls, NC 28630** | | H | | | | | $0.00 |
| ACCOUNT NO.<br><br>**Jean and Dwight Clark**<br>**3389 Jennifer Lane**<br>**Pea Ridge, AR 72751** | X | H | corp debt | | | | $95,000.00 |
| ACCOUNT NO.<br><br>**Lamar Signing**<br>**4603 Hickory Blvd**<br>**Granite Falls, NC 28630** | X | H | corp debt | | | | $600.00 |

Sheet no. __4__ of __6__ continuation sheets attached                                    Subtotal➤    $    **97,760.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                          Total➤    $
                                                (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable on the Statistical
                                              Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark** ,           Case No. **15-50741**
　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　<br>**Leaf Financial**<br>**P.O. Box 742647**<br>**Cincinnati, OH 45274** | X | H | corp debt | | | | $0.00 |
| ACCOUNT NO.　**9057**<br>**Lowes**<br>**P.O. Box 530954**<br>**Atlanta, GA 30353** | X | H | corp debt | | | | $395.61 |
| ACCOUNT NO.<br>**Matthews International**<br>**Casket Division**<br>**P.O. Box 200557**<br>**Pittsburgh, PA 15251** | X | H | corp debt | | | | $8,000.00 |
| **Additional Contacts for Matthews International Casket Division:**<br><br>**Matthews Casket Division**<br>**Accounts Receivable**<br>**2 Northshore Center, Ste 100**<br>**Pittsburgh, PA 15212** | | | | | | | |

Sheet no. **5** of **6** continuation sheets attached　　　　　　　　　　　　　　　　Subtotal▶　　$ **8,395.61**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total▶　　$
　　　　　　　　　　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules and, if applicable on the Statistical
　　　　　　　　　　　　　　　　　　　　　　　　　Summary of Certain Liabilities and Related Data.)

In re **Timothy Wayne Clark and Regina Lynn Clark**,     Case No. **15-50741**
    **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9014 <br> Suntrust Bank <br> P.O. box 791144 <br> Baltimore, MD 21279 | X | H | corp debt | | | | $18,268.00 |
| ACCOUNT NO. <br> The Right Niche <br> 2301 Morganton Blvd SW <br> Lenoir, NC 28645 | | H | corp debt | | | | $463,562.00 |
| ACCOUNT NO. <br> Tireg Properties LLC <br> 2301 Morganton Blvd SW <br> Lenoir, NC 28645 | X | H | corp debt | | | | $211,043.00 |

Sheet no. **6** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $ **692,873.00**

Total ➤    $ **1,638,647.68**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6H (Official Form 6H) (12/07)

**In re** Timothy Wayne Clark and Regina Lynn Clark,  **Case No.** 15-50741
                              **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Suntrust Mortgage<br>Account No.: 9014<br>Attn: Bankruptcy<br>P.O. Box 85092<br>Richmond, VA 23286 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Chase<br>Account No.: 3590<br>P.O. Box 15123<br>Wilmington, DE 19850 |
| W/C Properties of Lenoir, LLC<br>312 Mulberry St SW<br>Lenoir, NC 28645<br><br>Debbie Watson<br>4690 Celia Creek Road<br>Lenoir, NC 28645 | Chase<br>Account No.: 7302<br>P.O. Box 15123<br>Wilmington, DE 19850 |
| Debbie Watson<br>4690 Celia Creek Road<br>Lenoir, NC 28645 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272 |
| W/C Properties of Lenoir, LLC<br>312 Mulberry St SW<br>Lenoir, NC 28645<br><br>Debbie Watson<br>4690 Celia Creek Road<br>Lenoir, NC 28645 | BB&T<br>Account No.: 9152<br>Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847<br>Wilson, NC 27894 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | BB&T<br>Account No.: 7460<br>Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847<br>Wilson, NC 27894 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | BB&T<br>Account No.: 0001<br>Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847<br>Wilson, NC 27894 |
| Tireg Properties LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | BB&T<br>Account No.: 0001<br>Bankruptcy Dept., Mail Code 100-50-01-51, PO Box 1847<br>Wilson, NC 27894 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Community One<br>Account No.: 3477<br>P.O. Box 1328<br>Asheboro, NC 27204 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Suntrust Bank<br>Account No.: 9014<br>P.O. box 791144<br>Baltimore, MD 21279 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW | Lowes<br>Account No.: 9057 |

B 6H (Official Form 6H) (12/07)

**In re  Timothy Wayne Clark and Regina Lynn Clark,**        Case No.  **15-50741**
                             **Debtor**                                                                                  **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lenoir, NC 28645 | P.O. Box 530954<br>Atlanta, GA 30353 |
| W/C Properties of Lenoir, LLC<br>312 Mulberry St SW<br>Lenoir, NC 28645<br><br>Debbie Watson<br>4690 Celia Creek Road<br>Lenoir, NC 28645 | Certus Bank<br>Account No.: 6826<br>509 Wilkesboro Blvd<br>Lenoir, NC 28645 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Matthews International Casket Division<br>P.O. Box 200557<br>Pittsburgh, PA 15251 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Jean and Dwight Clark<br>3389 Jennifer Lane<br>Pea Ridge, AR 72751 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Lamar Signing<br>4603 Hickory Blvd<br>Granite Falls, NC 28630 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Foothills Radio<br>P.O. Box 1678<br>Lenoir, NC 28645 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Leaf Financial<br>P.O. Box 742647<br>Cincinnati, OH 45274 |
| Cornerstone Columbarium LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 | Tireg Properties LLC<br>2301 Morganton Blvd SW<br>Lenoir, NC 28645 |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA

In re **Timothy Wayne Clark and Regina Lynn Clark**,          Case No. **15-50741**
*Debtor*

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property |  |  | $ 174,375.00 |  |  |
| B - Personal Property |  |  | $ 28,100.93 |  |  |
| C - Property Claimed as Exempt |  |  |  |  |  |
| D - Creditors Holding Secured Claims |  |  |  | $ 180,289.00 |  |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) |  |  |  | $ 0.00 |  |
| F - Creditors Holding Unsecured Nonpriority Claims |  |  |  | $ 1,638,647.68 |  |
| G - Executory Contracts and Unexpired Leases |  |  |  |  |  |
| H - Codebtors |  |  |  |  |  |
| I - Current Income of Individual Debtor(s) |  |  |  |  | $ 3,114.61 |
| J - Current Expenditures of Individual Debtors(s) |  |  |  |  | $ 3,080.00 |
| TOTAL |  | 0 | $ 202,475.93 | $ 1,818,936.68 |  |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

In re **Timothy Wayne Clark and Regina Lynn Clark**_____,     Case No. **15-50741**_____
        *Debtor*

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 3,114.61 |
| Average Expenses (from Schedule J, Line 22) | $ 3,080.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ 3,847.51 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 4,727.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,638,647.68 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,643,374.68 |